# THE UNITED STATES DISTRICT COURT
## FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.   **LAURA DANIEL**<br><br>                              plaintiff,<br><br>        versus<br><br>2.   **PRUDENTIAL INSURANCE COMPANY OF AMERICA** and the<br><br>3.   **OPTIONAL GROUP TERM LIFE INSURANCE PLAN** of and for employees of Hi-Tech Testing Service Inc.<br><br>                              defendants. | **CASE NO. 14-CV-00432-CVE-TLW** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff and Defendant Prudential Insurance Company of America ("Prudential") hereby stipulate to the dismissal of all claims against Prudential, with prejudice to their future re-filing.

| | |
|---|---|
| s/James W. Dunham, Jr.<br>James W. Dunham, Jr., OBA #2532<br>2112 Bank of America Center<br>15 West 6th Street<br>Tulsa, OK. 74119<br>Voice: (918) 592-1144<br>Fax: (918) 592-1149<br>Email: elawyer@swbell.net<br>Counsel to Plaintiffs | s/ Paula M. Williams<br>Leasa M. Stewart, OBA #18515<br>Paula M. Williams, OBA #30772<br>GABLEGOTWALS<br>One Leadership Square, Suite 1500<br>211 North Robinson<br>Oklahoma City, OK 73102-7101<br>lstewart@gablelaw.com<br>pwilliams@gablelaw.com<br><br>***Attorneys for The Prudential Insurance Company of America*** |

{S285559;}

## CERTIFICATE OF SERVICE

     I hereby certify that on Thursday, November 6, 2014, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Leasa M. Stewart, OBA #18515<br>Paula M. Williams, OBA #30772<br>GABLEGOTWALS<br>One Leadership Square, Suite 1500<br>211 North Robinson<br>Oklahoma City, OK 73102-7101<br>lstewart@gablelaw.com<br>pwilliams@gablelaw.com<br><br>***Attorneys for The Prudential Insurance Company of Americ*** | John R. Paul, OBA # 6971<br>THE PAUL LAW FIRM<br>Nine East Fourth Street, Suite 400<br>Tulsa OK 74103-5118<br>john@paulfirm.com<br>COUNSEL TO DEFENDANT OPTIONAL GROUP TERM LIFE INSURANCE PLAN, HI-TECH TESTING SERVICE, INC. |

                                                      s/James W. Dunham, Jr.

{S285559;}