# THE UNITED STATES DISTRICT COURT
## FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. **LAURA DANIEL**<br><br>        plaintiff,<br>  versus<br><br>2. **PRUDENTIAL INSURANCE COMPANY OF AMERICA** and the<br><br>3. **OPTIONAL GROUP TERM LIFE INSURANCE PLAN** of and for employees of Hi-Tech Testing Service Inc.<br><br>        defendants. | **CASE NO. 14-CV-00432-CVE-TLW** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff and Defendant herein designated as Optional Group Term Life Insurance Plan of and for employees of Hi-Tech Testing Service Inc., hereby stipulate to the dismissal of all claims against claims with prejudice.

| | |
|---|---|
| s/James W. Dunham, Jr.<br>James W. Dunham, Jr., OBA #2532<br>2112 Bank of America Center<br>15 West 6th Street<br>Tulsa, OK. 74119<br>Voice: (918) 592-1144<br>Fax: (918) 592-1149<br>Email: elawyer@swbell.net<br>Counsel to Plaintiff | s/ John R. Paul<br>John R. Paul, OBA # 6971<br>THE PAUL LAW FIRM<br>Nine East Fourth Street, Suite 400<br>Tulsa OK 74103-5118<br>john@paulfirm.com<br>COUNSEL TO DEFENDANT OPTIONAL GROUP TERM LIFE INSURANCE PLAN, HI-TECH TESTING SERVICE, INC. |

## CERTIFICATE OF SERVICE

     I hereby certify that on Wednesday, October 1, 2014, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Leasa M. Stewart, OBA #18515
Paula M. Williams, OBA #30772
GABLEGOTWALS
One Leadership Square, Suite 1500
211 North Robinson
Oklahoma City, OK 73102-7101
dkearney@gablelaw.com
lstewart@gablelaw.com
pwilliams@gablelaw.com

***Attorneys for The Prudential
Insurance Company of America***

John R. Paul, OBA # 6971
THE PAUL LAW FIRM
Nine East Fourth Street, Suite 400
Tulsa OK 74103-5118
john@paulfirm.com
COUNSEL TO DEFENDANT OPTIONAL
GROUP TERM LIFE INSURANCE
PLAN, HI-TECH TESTING SERVICE, INC.

                                    s/James W. Dunham, Jr.